IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAR 0 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06 - CV - 00404 - BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DAVID G. PFLUM,

   Applicant,

v.

R. WILEY, Warden and
ATTORNEY GENERAL OF THE STATE OF COLORADO,

   Respondents.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant David G. Pflum has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, an Memorandum in Support of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, a Letter to the Court, and an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

   ORDERED that the clerk of the court commence this civil action. It is

   FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 6th day of March, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 00404 -BNB

David G. Pflum
Reg. No. 14685-031
FPC – Florence
PO Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on 3/8/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk