IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00404-WYD

DAVID G. PFLUM,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

Applicant David G. Pflum is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Prison Camp in Florence, Colorado.  Mr. Pflum has filed *pro se* a habeas corpus application pursuant to 28 U.S.C. § 2241 (1994) challenging the execution of his sentence.  He specifically challenges a BOP rule that prevents him from being placed in community corrections prior to the last ten percent of his sentence.  He alleges that he is scheduled to be transferred to community corrections on January 2, 2007, and that he currently has a projected release date of March 21, 2007.  As relief, he requests his immediate transfer to community corrections.

In his motion for injunctive relief, Mr. Pflum asks me to compel the BOP to consider him for community corrections and to find that the BOP rule he challenges in his habeas corpus application is invalid.  I must construe the motion liberally because Mr. Pflum is a *pro se* litigant.  **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972);

*Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, I should not act as a *pro se* litigant's advocate.  *Hall*, 935 F.2d at 1110.  For the reasons stated below, I will deny the motion for a preliminary injunction.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury to him outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest.  *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980).  Mr. Pflum fails to allege any facts that demonstrate he is facing immediate and irreparable injury.  Therefore, I will deny the motion for a preliminary injunction.  Accordingly, it is

ORDERED that the motion for a preliminary injunction submitted by Applicant David G. Pflum and filed with the court on March 30, 2006, is denied.

Dated:  April 5, 2006

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge