IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-00404-WYD

DAVID G. PFLUM,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

---

ORDER DENYING MOTION

---

Applicant David G. Pflum is in the custody of the United States Bureau of Prisons (BOP) at the Federal Prison Camp at Florence, Colorado. Mr. Pflum filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994) challenging BOP regulations that prevented him from being placed in a community corrections center (CCC) prior to the last ten percent of his sentence. He asserted that the BOP determined he is not eligible for such placement until January 2, 2007. He argued that the BOP should reconsider his eligibility for such placement, and requested his immediate transfer to a CCC.

In an order entered on September 25, 2006, I granted the habeas corpus application in part by ordering the respondent to reconsider Mr. Pflum "for placement in a community corrections center without regard to 28 C.F.R. §§ 570.20 and 570.21." *See* Order Granting Habeas Corpus Application in Part at 10. In the September 25

order, I also denied Mr. Pflum's request for immediate transfer to a CCC. On November 24, 2006, Mr. Pflum submitted and the court filed a motion titled "Motion for Writ of Mandamus or Order to Show Cause" in which he argues that the BOP has failed to comply with the September 25 order. However, it appears from the motion filed on November 24, 2006, that on November 8, 2006, the BOP reconsidered Mr. Pflum for placement in a CCC, and determined that the current CCC placement date of January 2, 2007, is sufficient. Therefore, Mr. Pflum received the relief he was granted in the September 25 order. Accordingly, it is

ORDERED that the motion titled "Motion for Writ of Mandamus or Order to Show Cause" that Applicant David G. Pflum submitted and the court filed on November 24, 2006, is **DENIED** because Mr. Pflum received the relief requested in this action.

DATED at Denver, Colorado, this 1st day of December, 2006.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
United States District Judge